United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

| | |
|---|---|
| VERNON KING, JR., § § | |
| Petitioner, § § | |
| versus § | CIVIL ACTION H-17-1581 |
| § § | |
| LORIE DAVIS, § § | |
| Respondent. § | |

## Order of Adoption

On October 4, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (17). Petitioner filed objections (18). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. King's petition for writ of habeas corpus is denied with prejudice.

Signed ___11-1___, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge